TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
GENEVIEVE WALSER-JOLLY (SBN 262784)
Genevieve.Walser-Jolly@wbd-us.com
ANDREA HALL (SBN 317491)
Andrea.Hall@wbd-us.com
KRISTINA HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPBOUND GROUP, INC.; and RENT-A-CENTER, INC.,<br><br>Defendants. | CASE NO.: 4:25-cv-00631-HSG<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND EXTEND DEADLINE TO FILE OPPOSITION AND REPLY**<br><br>Filed:  January 17, 2025<br>Trial Date:  None set |

GABRIELLI, ET AL. V. UPBOUND GROUP, INC., ET. AL          (CASE NO. 4:25-CV-00631-HSG)
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND EXTEND DEADLINE TO FILE OPPOSITION AND REPLY

Pursuant to Local Rule 6-1(b), Plaintiffs Jonathan Gabrielli and Jaime Ayala (collectively, "Plaintiffs") and Defendants Upbound Group, Inc. and Rent-A-Center, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 17, 2025;

WHEREAS, Defendants were served on January 28, 2025;

WHEREAS, Defendants' response to the Complaint is currently due on February 18, 2025;

WHEREAS, Defendants requested, and Plaintiffs have consented, to extend the deadline for Defendants to respond to Plaintiffs' Complaint by 30 days to March 20, 2025;

WHEREAS, in the event Defendants respond to Plaintiffs' Complaint by motion, the Parties further agree to the following briefing schedule:

|  | No. of Days | Deadline |
| --- | --- | --- |
| Plaintiffs' Opposition | 30 days | April 21, 2025 |
| Defendants' Reply | 25 days | May 16, 2025 |

WHEREAS, neither extending Defendants' deadline to respond to the Complaint, nor applying the above-outlined deadlines will impact any other deadlines in this case.

NOW, THEREFORE IT IS STIPULATED by and between the Parties, that Defendants shall have until and including March 20, 2025, to move, answer, or

GABRIELLI, ET AL. V. UPBOUND GROUP, INC., ET. AL          (CASE NO. 4:25-CV-00631-HSG)
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND EXTEND DEADLINE TO
FILE OPPOSITION AND REPLY

otherwise respond to Plaintiffs' Complaint; in the event Defendants respond to the Complaint by motion, the above-outlined briefing schedule shall apply.

DATED: February 13, 2025          WOMBLE BOND DICKINSON (US) LLP
                                  TOMIO B. NARITA
                                  JEFFREY A. TOPOR
                                  GENEVIEVE WALSER-JOLLY
                                  ANDREA HALL
                                  KRISTINA HOVSEPYAN

                                  By:    /s/Kristina Hovsepyan
                                         Kristina Hovsepyan
                                         Attorneys for Defendants
                                         Upbound Group, Inc. and
                                         Rent-A-Center, Inc.


DATED: February 13, 2025          GUTRIDE SAFIER LLP
                                  SETH A. SAFIER
                                  MARIE A. MCCRARY
                                  TODD KENNEDY
                                  KALI R. BACKER

                                  By:    /s/ Seth A. Safier
                                         Seth A. Safier
                                         Attorneys for Plaintiffs
                                         Jonathan Gabrielli and Jaime Ayala


## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Kristina Hovsepyan, attest that concurrence in the filing of this document has been obtained.

                                  /s/ Kristina Hovsepyan
                                  Kristina Hovsepyan