1  TOMIO B. NARITA (SBN 156576)
   Tomio.Narita@wbd-us.com
2  JEFFREY A. TOPOR (SBN 195545)
   Jeff.Topor@wbd-us.com
3  GENEVIEVE WALSER-JOLLY (SBN 262784)
   Genevieve.Walser-Jolly@wbd-us.com
4  ANDREA HALL (SBN 317491)
   Andrea.Hall@wbd-us.com
5  KRISTINA HOVSEPYAN (SBN 340674)
   Kristina.Hovsepyan@wbd-us.com
6  WOMBLE BOND DICKINSON (US) LLP
   50 California Street, Suite 2750
7  San Francisco, CA 94111
   Telephone: (415) 433-1900
8  Facsimile: (415) 433-5530

9  Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPBOUND GROUP, INC.; and RENT-A-CENTER, INC.,<br><br>Defendants. | CASE NO.: 4:25-cv-00631-HSG<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND EXTEND DEADLINE TO FILE OPPOSITION AND REPLY**<br><br>Filed: January 17, 2025<br>Trial Date: None set |

Pursuant to Local Rule 6-1(b), Plaintiffs Jonathan Gabrielli and Jaime Ayala (collectively, "Plaintiffs") and Defendants Upbound Group, Inc. and Rent-A-Center, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 17, 2025;

WHEREAS, Defendants were served on January 28, 2025;

WHEREAS, Defendants' response to the Complaint is currently due on February 18, 2025;

WHEREAS, Defendants requested, and Plaintiffs have consented, to extend the deadline for Defendants to respond to Plaintiffs' Complaint by 30 days to March 20, 2025;

WHEREAS, in the event Defendants respond to Plaintiffs' Complaint by motion, the Parties further agree to the following briefing schedule:

|  | *No. of Days* | *Deadline* |
|---|---|---|
| *Plaintiffs' Opposition* | 30 days | April 21, 2025 |
| *Defendants' Reply* | 25 days | May 16, 2025 |

WHEREAS, neither extending Defendants' deadline to respond to the Complaint, nor applying the above-outlined deadlines will impact any other deadlines in this case.

NOW, THEREFORE IT IS STIPULATED by and between the Parties, that Defendants shall have until and including March 20, 2025, to move, answer, or

GABRIELLI, ET AL. V. UPBOUND GROUP, INC., ET. AL          (CASE NO. 4:25-CV-00631-HSG)
STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND EXTEND DEADLINE TO FILE OPPOSITION AND REPLY

otherwise respond to Plaintiffs' Complaint; in the event Defendants respond to the Complaint by motion, the above-outlined briefing schedule shall apply.

DATED: February 13, 2025

WOMBLE BOND DICKINSON (US) LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
GENEVIEVE WALSER-JOLLY
ANDREA HALL
KRISTINA HOVSEPYAN

By: */s/Kristina Hovsepyan*
Kristina Hovsepyan
Attorneys for Defendants
Upbound Group, Inc. and
Rent-A-Center, Inc.

DATED: February 13, 2025

GUTRIDE SAFIER LLP
SETH A. SAFIER
MARIE A. MCCRARY
TODD KENNEDY
KALI R. BACKER

By: */s/ Seth A. Safier*
Seth A. Safier
Attorneys for Plaintiffs
Jonathan Gabrielli and Jaime Ayala

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Kristina Hovsepyan, attest that concurrence in the filing of this document has been obtained.

*/s/ Kristina Hovsepyan*
Kristina Hovsepyan

```
TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
GENEVIEVE WALSER-JOLLY (SBN 262784)
Genevieve.Walser-Jolly@wbd-us.com
ANDREA HALL (SBN 317491)
Andrea.Hall@wbd-us.com
KRISTINA HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
```

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPBOUND GROUP, INC.; and RENT-A-CENTER, INC.,<br><br>Defendants. | CASE NO.: 4:25-cv-00631-HSG<br><br>**ORDER RE: STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND EXTEND DEADLINE TO FILE OPPOSITION AND REPLY**<br><br>Filed: January 17, 2025<br>Trial Date: None set |

The Court, having considered the Parties' Stipulation to Extend Deadline to Respond to Complaint and Extend Deadlines to File Opposition and Reply, and good cause appearing, hereby **GRANTS** the stipulation and **ORDERS** the deadlines to be as follows:

|  | *No. of Days* | *Deadline* |
|---|---|---|
| *Defendants' Response* | 30 days | March 20, 2025 |
| *Plaintiffs' Opposition* | 30 days | April 21, 2025 |
| *Defendants' Reply* | 25 days | May 16, 2025 |

**IT IS SO ORDERED.**

Dated: 2/13/2025

*/s/ Haywood S. Gilliam, Jr.*

Honorable Judge Haywood S. Gilliam, Jr.