**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Patrick J. Branson (*pro hac vice*)
patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UPBOUND GROUP, INC.; and RENT-A-CENTER, INC.<br><br>Defendants. | Case No. 4:25-cv-00631-HSG<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-3(d)(2), and in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss (ECF No. 21), Plaintiff respectfully submits for the Court's review a recent decision from the Ninth Circuit Court of Appeals: *Mikulsky v. Bloomingdale's, LLC*, Nos. 24-3564, 24-3837, 2025 U.S. App. LEXIS 15222 (9th Cir. June 20, 2025). A copy of that decision is attached hereto as Exhibit A.

Dated: June 23, 2025

**GUTRIDE SAFIER LLP**

*/s/Patrick J. Branson*

Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Patrick J. Branson (*pro hac vice*)
patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*