TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
GENEVIEVE WALSER-JOLLY (SBN 262784)
Genevieve.Walser-Jolly@wbd-us.com
MICHELLE CATAPANG (SBN 308038)
Michelle.Catapang@wbd-us.com
KRISTINA HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

vs.

UPBOUND GROUP, INC.; and RENT-A-CENTER, INC.,

Defendants.

CASE NO.: 4:25-cv-00631-HSG

**DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

Judge: Hon. Haywood S. Gilliam, Jr.

Pursuant to Civil Local Rule 7-3(d)(2), and in support of their Motion to Dismiss Complaint ("Motion") (ECF 14), Defendants Upbound Group, Inc. and Rent-A-Center, Inc. ("Defendants") respectfully submit for the Court's review the following opinion from the Central District Court of California, which is relevant to the arguments raised in sections III.B of Defendants' Motion (ECF 14) and I.B.1 and I.B.2 of Defendants' Reply in support of the Motion ("Reply") (ECF 27), and was published after the Reply was filed with the Court: *Dino Moody v. Textron Inc.*, *et al.*, No. 2:25-cv-01032-MWC, _______ (C.D. Cal. Sep. 24, 2025). A copy of that opinion is attached hereto as Exhibit A.

DATED September 26, 2025

WOMBLE BOND DICKINSON (US) LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
GENEVIEVE WALSER-JOLLY
MICHELLE CATAPANG
KRISTINA HOVSEPYAN

By: /s/ Michelle Catapang
Attorneys for Defendants