TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
GENEVIEVE WALSER-JOLLY (SBN 262784)
Genevieve.Walser-Jolly@wbd-us.com
MICHELLE CATAPANG (SBN 308038)
Michelle.Catapang@wbd-us.com
KRISTINA HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPBOUND GROUP, INC.; and RENT-A-CENTER, INC.,<br><br>Defendants. | CASE NO.: 4:25-cv-00631-HSG<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 7-3(d)(2), and in support of their Motion to Dismiss Complaint ("Motion") (ECF 14), Defendants Upbound Group, Inc. and Rent-A-Center, Inc. ("Defendants") respectfully submit for the Court's review the following opinions published after Defendants filed their Reply in support of the Motion ("Reply) (ECF 27):

a) *Khamooshi v. Politico, LLC*, No. 24-cv-07836-SK, 2025 U.S. Dist. LEXIS 197891 (N.D. Cal. Oct. 2, 2025) – This opinion is relevant to the arguments raised in sections III.A of the Motion and I.A of the Reply. A copy of this opinion is attached hereto as Exhibit A.

b) *Doe v. Eating Recovery Ctr. LLC*, No. 23-cv-05561-VC, 2025 U.S. Dist. LEXIS 207952 (N.D. Cal. Oct. 17, 2025) - This opinion is relevant to the arguments raised in footnote 18 of the Motion and section I.D of the Reply. A copy of this opinion is attached hereto as Exhibit B.

c) *Wooten v. BioLife Plasma Servs. L.P.*, No. 1:25-cv-00099-KES, 2025 U.S. Dist. LEXIS 208277 (E.D. Cal. Oct. 22, 2025) - This opinion is relevant to the arguments raised in sections III.A of the Motion and I.A of the Reply. A copy of this opinion is attached hereto as Exhibit C.

DATED October 29, 2025

WOMBLE BOND DICKINSON (US) LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
GENEVIEVE WALSER-JOLLY
MICHELLE CATAPANG
KRISTINA HOVSEPYAN

By: /s/ Michelle Catapang
Attorneys for Defendants