TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
GENEVIEVE WALSER-JOLLY (SBN 262784)
Genevieve.Walser-Jolly@wbd-us.com
MICHELLE CATAPANG (SBN 308038)
Michelle.Catapang@wbd-us.com
KRISTINA HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

vs.

UPBOUND GROUP, INC.; and RENT-A-CENTER, INC.,

Defendants.

CASE NO.: 4:25-cv-00631-HSG

**DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

Judge: Hon. Haywood S. Gilliam, Jr.

Pursuant to Civil Local Rule 7-3(d)(2), and in support of their Motion to Dismiss Complaint ("Motion") (ECF 14), Defendants Upbound Group, Inc. and Rent-A-Center, Inc. ("Defendants") respectfully submit for the Court's review the following opinions published after Defendants filed their Reply in support of the Motion ("Reply) (ECF 27):

a) *Dellasala v. Samba TV, Inc.*, No. 3:25-cv-03470-JSC, 2025 U.S. Dist. LEXIS 214580 (N.D. Cal. Oct. 30, 2025) – This opinion is relevant to the arguments raised in sections III.C.1 of the Motion and I.C of the Reply. A copy of this opinion is attached hereto as Exhibit A.

DATED November 2, 2025

WOMBLE BOND DICKINSON (US) LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
GENEVIEVE WALSER-JOLLY
MICHELLE CATAPANG
KRISTINA HOVSEPYAN

By: /s/ Michelle Catapang
Attorneys for Defendants