**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Hayley Reynolds (State Bar No. 306427)
hayley@gutridesafier.com
Kali R. Backer (State Bar No. 342492)
kali@gutridesafier.com
100 Pin Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Patrick J. Branson (*pro hac vice*)
patrick@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JONATHAN GABRIELLI and JAIME AYALA, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UPBOUND GROUP, INC. and RENT-A-CENTER, INC.,<br><br>Defendants. | Case No. 4:25-cv-00631-HSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jonathan Gabrielli and Jaime Ayala, by and through the undersigned counsel, hereby voluntarily dismiss Defendants Upbound Group, Inc. and Rent-A-Center, Inc., as to all claims asserted in this action. The dismissal is with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class. Defendants have neither answered Plaintiffs' complaint nor filed a motion for summary judgment.

Dated: February 12, 2026

**GUTRIDE SAFIER LLP**

*/s/    Seth Safier*
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

2